IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>      v.<br><br>Gregory Enos McClure,<br><br>           Defendant. | No. CR- 19-00051-PHX-GMS<br><br>**ORDER**<br><br>**(Under Seal)** |

The Court having reviewed the Government's Notice of Filing Stipulated Restitution Allocation and Motion to Vacate Restitution Hearing and good cause appearing,

**IT IS HEREBY ORDERED** granting Government's Motion to Vacate Restitution Hearing currently scheduled for February 8, 2021, at 10:30 am.

Dated this _____ day of February, 2021.